No reversible error having been demonstrated, the judgment of the trial court is affirmed.

Affirmed.

Garrard, P.J. and Staton, J. concur.

NOTE — Reported at 382 N.E.2d 1026.

ROBERT F. BELLEW, STANLEY B. SIMS, SR., VIRGINIA (SIMS) BELLEW, STANLEY B. SIMS, JR., KIMBERLY F. SIMS AND THEA BELLEW *v.* RANDALL SCOTT BYERS, STATE OF INDIANA, INDIANA NATIONAL GUARD AND INDIANA STATE HIGHWAY COMMISSION.

[No. 1-578A110. Filed December 5, 1978.
Transfer granted October 30, 1979.]

CLARK ADVERTISING AGENCY, INC. *v.* AVCO BROADCASTING CORP.

[No. 2-177A26. Filed December 6, 1978.]